IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR63 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| LAWRENCE R. FLEURY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to extend by defendant Lawrence Fleury (Fleury) (Filing No. 83). Fleury seeks an extension of the pretrial motion deadline. The court held a telephone conference with counsel on March 28, 2014. This deadline has been extended numerous times, and the court finds there is no need for a further extension of the deadline. Accordingly, this matter will be set for trial. The court will grant defendant a continuance of the trial to May 13, 2014.

**IT IS ORDERED:**

1. Fleury's motion to extend the pretrial motion deadline (Filing No. 83) is denied.

2. Fleury's motion will be considered as a motion to continue trial. Trial of this matter is scheduled for **May 13, 2014,** before Chief Judge Laurie Smith Camp and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **March 31, 2014, and May 13, 2014,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 31st day of March, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge